IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-cv-00167-BR

| | |
|---|---|
| Rumualdo Lainez and Marvin Rivas Maldonado, <br><br> Plaintiffs, <br><br> v. <br><br> Francisco Baltazar, Jr. et al., <br><br> Defendants. | NOTICE OF STIPULATION BY THE PARTIES AS TO VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL TART |

## NOTICE OF STIPULATION BY THE PARTIES AS TO VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL TART

Pursuant to Fed. R. Civ. P. 41(a)(1) (A)(ii), Plaintiffs and Defendants Ann Tart, Douglas Tart, and Across the Lake Farming Company, Inc., through their undersigned counsel, stipulate to the voluntary dismissal of their claims without prejudice in this case as to Defendant Michael Tart due to settlement of their claims.

By:  /s/ Caitlin Ryland

Attorney for Plaintiffs

Legal Aid of North Carolina
Farmworker Unit
P.O. Box 26626
Raleigh, NC 27611
Telephone: (919) 856-2180
Fax: (919) 856-2187
Email: Caitlinr@legalaidnc.org
State Bar No. 38472

By: /s/ Terry F. Rose
Attorney for Defendants Across the
Lake Farming Company, Inc.,
Douglas Tart, and Ann Tart

P.O. Box 2847
Smithfield, NC 27577
Telephone: 919.938.1616
Email: tfroselaw@aim.com
State Bar No. 19243

Dated: May 7, 2012

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this date served the *Notice of Stipulation by the Parties to the Voluntary Dismissal of the Defendant Michael Tart* in the above-captioned action on all other parties to this cause by depositing a copy hereof, postage prepaid, in the United States Mail, properly addressed to the attorney for the Defendants Across the Lake Farming Company, Inc., Douglas Tart, and Ann Tart, and the attorneys for the US Department of Labor, the designated agent for Defendant Francisco Baltazar, Jr.

Terry Rose
PO Box 2847
212 Bridge Street
Smithfield, NC 27577
*Attorney for Defendants Across the Lake Farming Company, Inc., Douglas Tart, and Ann Tart*

and

Roger W. Wilkinson
Attorney

Jonathan M. Kronheim
Counsel for Trial Litigation

Office of the Solicitor
United States Department of Labor
200 Constitution Ave., N.W.
Room N2716
Washington, D.C. 20210
*Attorneys for the U.S. Department of Labor, Designated Agent for Defendant Francisco Baltazar, Jr.*

This the 7th day of May, 2012.

/s/ Caitlin Ryland

Legal Aid of North Carolina
Farmworker Unit
P.O. Box 26626
Raleigh, NC 27611
Telephone: (919) 856-2180
Fax: (919) 856-2187
Email: Caitlinr@legalaidnc.org
State Bar No. 38472
Attorney for Plaintiffs