IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-cv-00167-BR

| | |
|---|---|
| Rumualdo Lainez and Marvin Rivas Maldonado, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) MOTION FOR ENTRY OF |
| | ) DEFAULT |
| v. | ) ) |
| Francisco Baltazar, Jr., | ) ) |
| Defendant. | ) ) ) |

MOTION FOR ENTRY OF DEFAULT OF PARTY, PURSUANT TO
F.R.C.P. RULE 55(a)

To: Clerk of the United States District Court for the Eastern

District of North Carolina

    Please enter the default, pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure, of Defendant Francisco Baltazar, Jr., for failure to plead or otherwise defend,

as appears from the affidavit of counsel, attached.

Respectfully submitted, this 10th day of May, 2012.

                              By:    /s/ Caitlin Ryland
                                       Attorney for Plaintiffs

                                       Legal Aid of North Carolina
                                       Farmworker Unit
                                       P.O. Box 26626
                                       Raleigh, NC 27611
                                       Telephone: (919) 856-2180
                                       Fax: (919) 856-2187
                                       Email: Caitlinr@legalaidnc.org
                                       State Bar No. 38472

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this date served the *Motion for Entry of Default* in the above-captioned action on all other parties to this cause by depositing a copy hereof, postage prepaid, in the United States Mail, properly addressed to the attorneys for the US Department of Labor, the designated agent for Defendant Francisco Baltazar, Jr.

Roger W. Wilkinson
Attorney

Jonathan M. Kronheim
Counsel for Trial Litigation

Office of the Solicitor
United States Department of Labor
200 Constitution Ave., N.W.
Room N2716
Washington, D.C. 20210
*Attorneys for the U.S. Department of Labor, Designated Agent for Defendant Francisco Baltazar, Jr.*

This the 10th day of May, 2012.

/s/ Caitlin Ryland

Legal Aid of North Carolina
Farmworker Unit
P.O. Box 26626
Raleigh, NC 27611
Telephone: (919) 856-2180
Fax: (919) 856-2187
Email: Caitlinr@legalaidnc.org
State Bar No. 38472
Attorney for Plaintiffs