IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-cv-00167-BR

Rumualdo Lainez and Marvin Rivas Maldonado,

    Plaintiffs,

v.

Francisco Baltazar, Jr.,

    Defendant.

DEFAULT

Upon motion, request, and proper showing by counsel for Plaintiffs in the above captioned action for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the above-named Defendant Francisco Baltazar, Jr., having failed to appear, plead, or otherwise defend, default is hereby entered against the Francisco Baltazar, Jr.

So Ordered, this 8th day of June, 2012.

_Julia A. Richards_
JULIE A. RICHARDS, CLERK