IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-cv-00167-BR

| | | |
|---|---|---|
| Rumualdo Lainez and Marvin Rivas Maldonado, | ) ) ) | |
| Plaintiffs, | ) ) | 5:11-cv-00167-BR |
| v. | ) ) ) | |
| Francisco Baltazar, Jr., | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FRANCISCO BALTAZAR, JR.**

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiffs move this Court for default judgment and assessment of damages against Defendant Francisco Baltazar, Jr. ("Defendant") as set forth herein in the annexed proposed Order.

In support of this Motion, Plaintiff submits the attached Memorandum of Law in Support of Plaintiffs' Motion for Default Judgment and proposed Order.

WHEREFORE, Plaintiffs respectfully request this Court grant Plaintiffs' Motion for Default Judgment and enter an order:

a. finding that the Defendant violated Plaintiffs' rights under the FLSA, TVPA, AWPA, and the NCWHA;

b.  entering judgment against Defendant for Plaintiff Lainez's claims under the FLSA, TVPA, AWPA, and the NCWHA in the amount of $4,683.00 to be paid to Plaintiff Lainez, plus interest from the date of this judgment until paid;

c.  entering judgment against Defendant for Plaintiff Rivas Maldonado's claims under the FLSA, TVPA, AWPA, and the NCWHA in the amount of $4,515.00 to be paid to Plaintiff Lainez, plus interest from the date of this judgment until paid;

d.  ordering Defendant report the labor that Plaintiffs performed for him in 2009 to the Social Security Administration; and

e.  awarding Plaintiff's counsel, Legal Aid of North Carolina, Inc., $8,471.75 for reasonable attorneys' fees and costs.

This 4th day of December, 2012.

Respectfully Submitted,

/s/ Caitlin Ryland
State Bar No. 38472
Email: Caitlinr@legalaidnc.org

Legal Aid of North Carolina
Farmworker Unit
P.O. Box 26626
Raleigh, NC 27611
Telephone: (919) 856-2180
Fax: (919) 856-2187
*Attorney for Plaintiffs*