

EXHIBIT 26

# SOCIAL SECURITY ADMINISTRATION
Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I certify that all signatures of Social Security Administration officials on the annexed document(s) are genuine and made pursuant to the signers' official capacity.

I further certify that these records may not show all the earnings reported for the periods ending after December 31, 2010 because of the time required to receive and process reports.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this ___30th___ day of ___March___, 2012.



*Georgiana Wilson-Johnson*
Georgiana Wilson-Johnson,
Deputy Director
Division of Earnings Record Operations
Office of Central Operations

Form SSA-473 (12/10)
Destroy Prior Edition

```
                    ITEMIZED STATEMENT OF EARNINGS
              * * *      FOR SSN XXX-XX-9009       * * *
```

JM:  SOCIAL SECURITY ADMINISTRATION
     OFFICE OF CENTRAL OPERATIONS
     300 N. GREENE STREET
     BALTIMORE, MARYLAND  21290-0300


NUMBER HOLDER NAME: RUMUALDO    LAINEZ
YEARS REQUESTED: 2009 THRU 2009


LANC - FWU
P O BOX 26626
RALEIGH NC 27611


EMPLOYER NUMBER:  65-0636373   (AGRICULTURAL)
RIVERBELL INC
PO BOX 1178
FORT PIERCE  FL 34954-1178

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2009 |         |         |         |         | $157.95 |

```
*****************************************************************
*********  THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS  *********
*********  SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED     *********
*****************************************************************
```