IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-cv-00167-BR

Rumualdo Lainez and Marvin Rivas Maldonado,

        Plaintiffs,

v.

Francisco Baltazar, Jr.,

        Defendant.

5:11-cv-00167-BR

**MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES**

Plaintiffs, by and through counsel, hereby respectfully moves this Court, pursuant to Rule 54(d)(1)-(2), Fed.R.Civ.P. and 29 U.S.C. §216(b), 18 USC §1595(a), and N.C. GEN. STAT. §95-25.22(d) for an Order awarding $8,471.75 to Plaintiff's counsel, Legal Aid of North Carolina, Inc. for attorneys' fees and expenses.

In support of this Motion, Plaintiffs' contemporaneously file a Memorandum of Law in Support of Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees and Expenses and an affidavit annexed hereto as Exhibit 30 with accompanying declarations.

WHEREFORE, Plaintiff respectfully moves for an Order:

    a. awarding Plaintiff's counsel, Legal Aid of North Carolina, Inc., $350.00 in costs stemming from the filing fee; and

    b. awarding Plaintiffs' counsel, Legal Aid of North Carolina, Inc., $8,121.75 to be paid to Legal Aid of North Carolina, Inc. for time spent litigating this matter.

This 4th day of December, 2012.

                                                Respectfully Submitted,

                                          /s/ Caitlin Ryland
                                          State Bar No. 38472
                                          Email: Caitlinr@legalaidnc.org

                                          Legal Aid of North Carolina
                                          Farmworker Unit
                                          P.O. Box 26626
                                          Raleigh, NC 27611
                                          Telephone: (919) 856-2180
                                          Fax: (919) 856-2187
                                          *Attorney for Plaintiffs*