UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Rumualdo Lainez,, ) | |
| Marvin Rivas Maldonado, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | |
| Francisco Baltazar, Sr., Francisco Baltazar, Jr., ) | No. 5:11-CV-167-BR |
| Across the Lake Farming Company, Inc., ) | |
| Douglas Tart, Ann Tart, Michael Tart, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on plaintiffs' motions for default judgment against the remaining defendant, Francisco Baltazar, Jr., and for attorneys' fees and costs. (DE ## 52, 53.)

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motions for default judgment and for attorneys' fees and costs are ALLOWED. It is hereby ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff Rumualdo Lainez have and recover of defendant Francisco Baltazar, Jr. the amount of $4,683.00, with interest accruing thereon at the legal rate of 0.13% per annum from the date of entry of this judgment until paid pursuant to 28 U.S.C. § 1961;

2. Plaintiff Marvin Rivas Maldonado have and recover of defendant Francisco Baltazar, Jr. the amount of $4,515.00, with interest accruing thereon at the legal rate of 0.13% per annum from the date of entry of this judgment until paid pursuant to 28 U.S.C. § 1961;

3. Legal Aid of North Carolina, Inc. have and recover of defendant Francisco Baltazar, Jr. the amount of $8,471.75 for attorneys' fees and costs; and,

4. Defendant Francisco Baltazar, Jr. shall file the required documentation regarding plaintiffs' labor during 2009 with the Social Security Administration.

The Clerk is DIRECTED to close this case.

**This judgment filed and entered on June 28, 2013, and served on:**

Caitlin A. Ryland (via via CM/ECF Notice of Electronic Filing)
Terry Rose (via CM/ECF Notice of Electronic Filing)

June 28, 2013                       /s/ Julie A. Richards,
                                         Clerk of Court